[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 11, 2006
THOMAS K. KAHN
CLERK

No. 05-11605

D. C. Docket No. 03-00550-CV-WSI

LEILA BELMORE,

Plaintiff-Appellant,

versus

CHEVRON U.S.A., INC.,
CHEVRON PRODUCTS CO.,

Defendants-Appellees,

CHEVRONTEXACO CORPORATION,

Defendant.

Appeal from the United States District Court
for the Northern District of Georgia

**(January 11, 2006)**

Before DUBINA, MARCUS and COX, Circuit Judges.

PER CURIAM:

Appellant/Plaintiff Leila Belmore ("Belmore") appeals the district court's grant of summary judgment in favor of Chevron and against Belmore's claims of race, nationality, and age discrimination after she was terminated in connection with a company-wide reduction in force while other employees were selected for two available positions.

After reviewing the record, reading the parties' briefs and having the benefit of oral argument, we affirm the district court's grant of summary judgment in favor of Chevron based on the well-reasoned Report and Recommendation of the magistrate judge filed on August 19, 2004, and the district court's well-reasoned opinion and order adopting the Report and Recommendation of the magistrate judge filed on February 21, 2005.

**AFFIRMED.**